**Charlton Javon DOWLING,**
**Plaintiff–Appellant,**

v.

**State of SOUTH CAROLINA; Paul W. Garfinkle; State of South Carolina Department of Social Services, Defendants–Appellees.**

**No. 06–7330.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 8, 2006.

Charlton Javon Dowling, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlton Javon Dowling seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Dowling v. South Carolina*, No. 0–06–cv–01309–PMD (D.S.C. June 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*